IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 08-cv-429-JPG |
| RANDALL DANCY, | ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff United States of America and against defendant Randall Dancy of **$6,874.47** plus interest at the rate of 8.00% from September 9, 2008, to the date judgment is entered, and court costs in the amount of **$350.00** and future costs and interest.

**NORBERT JAWORSKI, CLERK**

**Date: September 15, 2008**         s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**